# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANAGRAM INTERNATIONAL LLC,

      Plaintiff,

v.

ABBRACCIA, et al.,

      Defendants.

Civil Action No. 1:25-cv-5176-MHC

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendant identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| MateCam | 86 |

Each of these parties shall bear their own attorney's fees and costs. Defendant has not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: October 27, 2025          Respectfully submitted,

                                 */s/ David M. Lilenfeld*
                                 David M. Lilenfeld
                                 Georgia Bar No. 45299
                                 **WHITEWOOD LAW PLLC**
                                 5555 Glenridge Connector, Suite 200
                                 Atlanta, GA 30342
                                 Telephone: (404) 663-3349
                                 Email: david@whitewoodlaw.com

                                 *Counsel for Plaintiff*