IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ABBRACIA ET AL.,<br><br>  Defendants. | Civil Action No. 25-cv-5176-MHC |

**PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Anagram International LLC ("Plaintiff") requests entry of default by the Clerk of Court against each and every remaining Defendant, as listed in Schedule A hereto.

Rule 55(a) of the Federal Rules of Civil Procedure provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

On September 16, 2025, the Court authorized Plaintiff to serve Defendants with process by electronic means. Dkt. 14, p. 24. After obtaining email addresses from the third-party providers, Plaintiff served Defendants electronically on September 30, 2025. *See* Lilenfeld Declaration filed herewith. Answers were due

twenty-one (21) days from the date of service, making them due October 21, 2025.

17. Fed. R. Civ. P. 12(a)(1)(A)(i). As of the date of this motion, none of the Defendants on Exhibit A have filed or served an Answer or otherwise appeared in this case. *See* Lilenfeld Declaration. Therefore, the clerk is respectfully requested to enter default for each and every Defendant listed in Schedule A hereto. Fed. R. Civ. P. 55(a).

Dated: November 7, 2025                                   Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 45299
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (917) 858-8018
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*

Shengmao (Sam) Mu, *pro hac vice*
Abby Neu, *pro hac vice*
Ryan E. Carreon, *pro hac vice*
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ANAGRAM INTERNATIONAL LLC,

    Plaintiff,

v.

ABBRACIA, et al.,

    Defendants.

Civil Action No. 25-cv-5176-MHC

## **SCHEDULE A**

| Doe No. | Defendant Internet Store |
|---|---|
| 1 | Abbraccia |
| 2 | Alego Co.ltd |
| 3 | Aliudong |
| 4 | AMK Toy |
| 5 | aomiaobangonghaocau |
| 6 | aomingkeji |
| 7 | Be BEAuty |
| 8 | BELVITA |
| 9 | BIECM |
| 10 | Biyunhua |
| 11 | BLESIYA |
| 12 | Cccanaooolceie |
| 13 | CFJKF |
| 14 | Chailin |
| 15 | chengtaibaozhuang |
| 16 | chenzhiqiangza |
| * | DISMISSED |
| 18 | Cimaronmall Co.Ltd |
| 19 | Ckgkwkod |

| Doe No. | Defendant Internet Store |
|---|---|
| 20 | Cofhtls |
| 21 | DerRose |
| * | EXCEPTED |
| 23 | Dutchman |
| 24 | EIGTHTAIL |
| 25 | ERUWIQUIEEQIOWRU |
| * | EXCEPTED |
| 27 | FeiKong |
| 28 | Feokm store |
| 29 | foshanshidifugongshangmao |
| * | EXCEPTED |
| 31 | GLNaiStore LLC |
| * | DISMISSED |
| 33 | Good One Day Co. ltd |
| 34 | GRACETOP |
| 35 | GuangZhou qianjunzhenkejiyouxiangongsi |
| * | EXCEPTED |
| 37 | guofeng |
| 38 | GUOOL |
| 39 | guyuanshiye |
| 40 | hangzhouyiluxiangbeishangmao |
| 41 | HAONAN |
| 42 | Happy-Buy Store |
| 43 | hi110s4gdlg8zgn |
| 44 | HIBRO |
| 45 | HILABEE |
| * | EXCEPTED |
| 47 | HOMYL |
| 48 | hongtaini09 |
| 49 | hongzhidengshi |
| * | EXCEPTED |
| 51 | huangshishiwubi |
| 52 | huanrushangmao |
| 53 | HZWZB |
| 54 | IKDXUF |
| * | EXCEPTED |
| 56 | JIACHY |

| Doe No. | Defendant Internet Store |
|---|---|
| 57 | jinsenhg |
| * | DISMISSED |
| 59 | jiuchen7378 |
| 60 | JYGcdtg |
| 61 | KattyBabe Co.ltd |
| * | EXCEPTED |
| 63 | KEWITY |
| 64 | KUAOOAUK |
| 65 | KUIYON |
| 66 | Lahoeai |
| 67 | laifuzhubao |
| 68 | LeiKong |
| 69 | LEIPOEED |
| 70 | liboshangmaa |
| 71 | Life enthusiasts |
| * | EXCEPTED |
| * | EXCEPTED |
| * | DISMISSED |
| 75 | LingyuKejiyouxian Co.ltd |
| 76 | LiuHongXiang |
| 77 | liushoutaoshoubao |
| 78 | Ljstore |
| 79 | LJT |
| * | DISMISSED |
| 81 | Luckymimi |
| 82 | luozheng |
| 83 | LYs store |
| 84 | LzGUNGY |
| 85 | Manruonan Trading Co., Ltd. |
| * | DISMISSED |
| * | DISMISSED |
| 88 | Mingling Zheng |
| 89 | MLFoif |
| * | EXCEPTED |
| 91 | Mocelyn |
| 92 | MtsDJSKF |
| * | DISMISSED |

| Doe No. | Defendant Internet Store |
|---|---|
| 94 | NeveLance |
| 95 | NGHnuifg |
| 96 | Oh Hi Girls |
| 97 | OKHGEG87 |
| 98 | oudongfa |
| 99 | Outlet RS |
| 100 | Partee |
| * | EXCEPTED |
| 102 | PENGYD |
| 103 | perfeclan |
| 104 | piartly |
| 105 | Pink Season |
| 106 | PSMMZQ |
| 107 | PXCQZ |
| 108 | Qalabka |
| 109 | Qingshenjihe |
| * | EXCEPTED |
| 111 | Renbingjianzhu |
| 112 | Royalmedi |
| 113 | ruhuadgb |
| * | EXCEPTED |
| 115 | S SERENABLE |
| 116 | Salmenta |
| 117 | sanshiguanggao |
| * | EXCEPTED |
| * | EXCEPTED |
| 120 | Sharpstar Co.Ltd |
| 121 | SHENG |
| * | DISMISSED |
| * | DISMISSED |
| * | EXCEPTED |
| 125 | ShoppingNow Co.Itd |
| 126 | shuangxishang |
| * | EXCEPTED |
| * | EXCEPTED |
| 129 | SJWsp |
| * | DISMISSED |

| Doe No. | Defendant Internet Store |
|---|---|
| 131 | Superrabbit2 |
| 132 | Tachiuwa |
| * | EXCEPTED |
| 134 | TEVEQ |
| 135 | Theme decorations |
| 136 | TJQMDZSW |
| 137 | TKYWggg |
| * | EXCEPTED |
| 139 | TOPFOX |
| 140 | Trending in Melotizhi |
| 141 | TYHanue |
| 142 | Uhansl |
| * | EXCEPTED |
| 144 | Universal Bazaar |
| * | DISMISSED |
| 146 | VIta Home&Decor |
| 147 | Walbest |
| 148 | WalGRHFR |
| * | EXCEPTED |
| 150 | WHDen |
| 151 | Wojeull |
| 152 | WuCaiZiPingDianZiKeJi |
| 153 | WULANLA |
| 154 | WYangO |
| * | EXCEPTED |
| 156 | xiamenxinpaifengdianzishangwuyouxiangongsi |
| 157 | XIANGG |
| 158 | XJYLWHCM store |
| 159 | Xugoox-Store |
| 160 | XYBD store |
| 161 | XZZjjl |
| * | EXCEPTED |
| 163 | yangjijin |
| 164 | Yanhecun |
| * | EXCEPTED |
| 166 | Yataoval |
| 167 | yfikf3450 |

| Doe No. | Defendant Internet Store |
|---|---|
| 168 | yingkaishangmao |
| 169 | YKHSG store |
| 170 | yonglinyushangmao |
| 171 | Youning Co. ltd |
| 172 | yrycsq |
| 173 | yuesongkeji |
| 174 | YUFAN |
| 175 | yuping |
| 176 | yurh |
| 177 | yutuvdcs |
| 178 | Z's Household Co. Ltd |
| 179 | Zacfeain |
| * | EXCEPTED |
| 181 | ZEUS |
| 182 | Zhanghjijeq |
| * | EXCEPTED |
| 184 | ZhengHE |
| 185 | zhengjinlong market |
| 186 | ZhenQiRun Toy |
| * | DISMISSED |
| 188 | ZXCouiao |
| 189 | ZZSW |
| * | DISMISSED |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 1 | https://www.walmart.com/seller/101216523 |
| 2 | https://www.walmart.com/global/seller/101179663 |
| 3 | https://www.walmart.com/global/seller/102693857 |
| 4 | https://www.walmart.com/global/seller/101653404 |
| 5 | https://www.walmart.com/seller/101280662 |
| 6 | https://www.walmart.com/seller/102509977 |
| 7 | https://www.walmart.com/seller/101676359 |
| 8 | https://www.walmart.com/global/seller/101135199 |
| 9 | https://www.walmart.com/seller/101681718 |
| 10 | https://www.walmart.com/seller/102478003 |
| 11 | https://www.walmart.com/seller/101175487 |
| 12 | https://www.walmart.com/seller/101683504 |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 13 | https://www.walmart.com/seller/102478975 |
| 14 | https://www.walmart.com/seller/101655023 |
| 15 | https://www.walmart.com/seller/102508909 |
| 16 | https://www.walmart.com/seller/102517196 |
| * | DISMISSED |
| 18 | https://www.walmart.com/seller/101272964 |
| 19 | https://www.walmart.com/global/seller/102604041 |
| 20 | https://www.walmart.com/global/seller/101622261 |
| 21 | https://www.walmart.com/global/seller/101082111 |
| * | EXCEPTED |
| 23 | https://www.walmart.com/global/seller/101655142 |
| 24 | https://www.walmart.com/seller/102487676 |
| 25 | https://www.walmart.com/seller/101645284 |
| * | EXCEPTED |
| 27 | https://www.walmart.com/seller/101640973 |
| 28 | https://www.walmart.com/seller/101695445 |
| 29 | https://www.walmart.com/seller/102485003 |
| * | EXCEPTED |
| 31 | https://www.walmart.com/seller/102480858 |
| * | DISMISSED |
| 33 | https://www.walmart.com/global/seller/101220935 |
| 34 | https://www.walmart.com/global/seller/101651841 |
| 35 | https://www.walmart.com/seller/101678028 |
| * | EXCEPTED |
| 37 | https://www.walmart.com/seller/101583613 |
| 38 | https://www.walmart.com/seller/101291129 |
| 39 | https://www.walmart.com/seller/102581349 |
| 40 | https://www.walmart.com/seller/101608830 |
| 41 | https://www.walmart.com/seller/101678334 |
| 42 | https://www.walmart.com/seller/102479283 |
| 43 | https://www.walmart.com/seller/102490186 |
| 44 | https://www.walmart.com/seller/101681708 |
| 45 | https://www.walmart.com/seller/101316137 |
| * | EXCEPTED |
| 47 | https://www.walmart.com/seller/101113941 |
| 48 | https://www.walmart.com/seller/102495460 |
| 49 | https://www.walmart.com/seller/102508989 |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| * | EXCEPTED |
| 51 | https://www.walmart.com/seller/101653251 |
| 52 | https://www.walmart.com/seller/102581355 |
| 53 | https://www.walmart.com/seller/102501359 |
| 54 | https://www.walmart.com/seller/101680799 |
| * | EXCEPTED |
| 56 | https://www.walmart.com/seller/102499172 |
| 57 | https://www.walmart.com/seller/101098246 |
| * | DISMISSED |
| 59 | https://www.walmart.com/seller/102515098 |
| 60 | https://www.walmart.com/seller/101666276 |
| 61 | https://www.walmart.com/seller/101623333 |
| * | EXCEPTED |
| 63 | https://www.walmart.com/global/seller/101633473 |
| 64 | https://www.walmart.com/global/seller/101619499 |
| 65 | https://www.walmart.com/seller/102503268 |
| 66 | https://www.walmart.com/seller/102613286 |
| 67 | https://www.walmart.com/seller/102580546 |
| 68 | https://www.walmart.com/seller/101623045 |
| 69 | https://www.walmart.com/seller/101637350 |
| 70 | https://www.walmart.com/seller/102503569 |
| 71 | https://www.walmart.com/seller/102487541 |
| * | EXCEPTED |
| * | EXCEPTED |
| * | DISMISSED |
| 75 | https://www.walmart.com/global/seller/101290450 |
| 76 | https://www.walmart.com/global/seller/101647014 |
| 77 | https://www.walmart.com/seller/102510502 |
| 78 | https://www.walmart.com/seller/101649046 |
| 79 | https://www.walmart.com/seller/102479526 |
| * | DISMISSED |
| 81 | https://www.walmart.com/seller/101215726 |
| 82 | https://www.walmart.com/seller/102489116 |
| 83 | https://www.walmart.com/seller/102514351 |
| 84 | https://www.walmart.com/seller/101661823 |
| 85 | https://www.walmart.com/global/seller/101686336 |
| * | DISMISSED |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| * | DISMISSED |
| 88 | https://www.walmart.com/seller/101654851 |
| 89 | https://www.walmart.com/seller/102477812 |
| * | EXCEPTED |
| 91 | https://www.walmart.com/seller/101456043 |
| 92 | https://www.walmart.com/seller/102481313 |
| * | DISMISSED |
| 94 | https://www.walmart.com/global/seller/101587174 |
| 95 | https://www.walmart.com/seller/101674029 |
| 96 | https://www.walmart.com/seller/101618085 |
| 97 | https://www.walmart.com/seller/102495608 |
| 98 | https://www.walmart.com/global/seller/102686399 |
| 99 | https://www.walmart.com/global/seller/101283063 |
| 100 | https://www.walmart.com/global/seller/101632092 |
| * | EXCEPTED |
| 102 | https://www.walmart.com/seller/101253780 |
| 103 | https://www.walmart.com/seller/101175479 |
| 104 | https://www.walmart.com/seller/101342109 |
| 105 | https://www.walmart.com/global/seller/101195031 |
| 106 | https://www.walmart.com/seller/101656990 |
| 107 | https://www.walmart.com/seller/102502325 |
| 108 | https://www.walmart.com/global/seller/101682025 |
| 109 | https://www.walmart.com/seller/101653388 |
| * | EXCEPTED |
| 111 | https://www.walmart.com/seller/102526246 |
| 112 | https://www.walmart.com/global/seller/101123657 |
| 113 | https://www.walmart.com/seller/101178476 |
| * | EXCEPTED |
| 115 | https://www.walmart.com/seller/101291795 |
| 116 | https://www.walmart.com/global/seller/101679016 |
| 117 | https://www.walmart.com/global/seller/101653249 |
| * | EXCEPTED |
| * | EXCEPTED |
| 120 | https://www.walmart.com/seller/101267706 |
| 121 | https://www.walmart.com/seller/102501996 |
| * | DISMISSED |
| * | DISMISSED |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| * | EXCEPTED |
| 125 | https://www.walmart.com/global/seller/101222732 |
| 126 | https://www.walmart.com/seller/101655099 |
| * | EXCEPTED |
| * | EXCEPTED |
| 129 | https://www.walmart.com/seller/102514367 |
| * | DISMISSED |
| 131 | https://www.walmart.com/global/seller/102488164 |
| 132 | https://www.walmart.com/seller/101282888 |
| * | EXCEPTED |
| 134 | https://www.walmart.com/seller/101694569 |
| 135 | https://www.walmart.com/global/seller/102634144 |
| 136 | https://www.walmart.com/seller/102499652 |
| 137 | https://www.walmart.com/seller/101654715 |
| * | EXCEPTED |
| 139 | https://www.walmart.com/seller/101093510 |
| 140 | https://www.walmart.com/seller/101471111 |
| 141 | https://www.walmart.com/seller/101678050 |
| 142 | https://www.walmart.com/seller/101685292 |
| * | EXCEPTED |
| 144 | https://www.walmart.com/global/seller/102509995 |
| * | DISMISSED |
| 146 | https://www.walmart.com/seller/101457738 |
| 147 | https://www.walmart.com/seller/101070790 |
| 148 | https://www.walmart.com/seller/101633511 |
| * | EXCEPTED |
| 150 | https://www.walmart.com/seller/101696764 |
| 151 | https://www.walmart.com/seller/101198374 |
| 152 | https://www.walmart.com/seller/102500242 |
| 153 | https://www.walmart.com/seller/101676646 |
| 154 | https://www.walmart.com/seller/101696744 |
| * | EXCEPTED |
| 156 | https://www.walmart.com/global/seller/101649196 |
| 157 | https://www.walmart.com/seller/102479574 |
| 158 | https://www.walmart.com/seller/101654433 |
| 159 | https://www.walmart.com/global/seller/102631999 |
| 160 | https://www.walmart.com/global/seller/102779562 |

| Doe No. | Defendant Online Marketplace URL |
|---|---|
| 161 | https://www.walmart.com/seller/101666241 |
| * | EXCEPTED |
| 163 | https://www.walmart.com/global/seller/101663223 |
| 164 | https://www.walmart.com/seller/101662922 |
| * | EXCEPTED |
| 166 | https://www.walmart.com/global/seller/101617132 |
| 167 | https://www.walmart.com/seller/102478449 |
| 168 | https://www.walmart.com/seller/102513881 |
| 169 | https://www.walmart.com/global/seller/101654974 |
| 170 | https://www.walmart.com/seller/102587075 |
| 171 | https://www.walmart.com/global/seller/101102496 |
| 172 | https://www.walmart.com/seller/102513692 |
| 173 | https://www.walmart.com/seller/102595964 |
| 174 | https://www.walmart.com/global/seller/101337706 |
| 175 | https://www.walmart.com/seller/102487542 |
| 176 | https://www.walmart.com/seller/101681624 |
| 177 | https://www.walmart.com/seller/101679048 |
| 178 | https://www.walmart.com/seller/101229002 |
| 179 | https://www.walmart.com/global/seller/101653582 |
| * | EXCEPTED |
| 181 | https://www.walmart.com/seller/101043387 |
| 182 | https://www.walmart.com/seller/101653552 |
| * | EXCEPTED |
| 184 | https://www.walmart.com/seller/101345648 |
| 185 | https://www.walmart.com/global/seller/102632248 |
| 186 | https://www.walmart.com/seller/102492363 |
| * | DISMISSED |
| 188 | https://www.walmart.com/seller/102494981 |
| 189 | https://www.walmart.com/seller/102514678 |
| * | DISMISSED |