IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANAGRAM INTERNATIONAL LLC,

      Plaintiff,

v.

      Civil Action No. 25-cv- 05176-MHC

ABBRACIA, et al.,

      Defendants.

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

This matter comes before the Court upon Motion by Plaintiff Anagram International, LLC ("Plaintiff") for entry of a default judgment and permanent injunction against the Defendants identified on Schedule A[1] hereto (hereinafter referred to as "Defaulting Defendants") for Defaulting Defendants' copyright infringement arising out of Defaulting Defendants' using Plaintiff's federally registered copyrights as outlined in Schedule C (collectively "Plaintiff's IP") in a willful attempt to pass off their goods as genuine versions of Plaintiff's goods (collectively, the "Infringing Products") in their manufacturing, importing,

---

[1] The "Defaulting Defendants" do not include Defendants listed as "**EXCEPTED**" in Schedule A because these Defendants have reached a settlement agreement with Plaintiff and are no longer part of this lawsuit. The "Defaulting Defendants" also do not include those Defendants previously dismissed from this case, which are listed in Schedule A as "**DISMISSED**."

exporting, advertising, marketing, promoting, distributing, displaying offering for sale and/or selling and/or sale of Infringing Products.

The Court, having considered the Plaintiff's Motion for Default Judgment and Permanent Injunction, the Certificates of Service of the Summons and Complaint, the Entries of Default by the Clerk of Courts, and upon all other pleadings and papers on file in this Action, it is hereby **ORDERED** that Plaintiff's Motion for Default Judgment [Doc. 40] is **GRANTED IN PART** as follows:

## I.     Defaulting Defendants' Liability

Judgment is granted in favor of Plaintiff on all claims asserted against Defaulting Defendants listed on the Schedule A attached hereto.

On default, the well-pleaded factual allegations of the Complaint are deemed admitted. Based on the record, Plaintiff has established ownership of valid copyrights in the works identified in the Complaint and that Defendants copied protectable elements of those works by reproducing, distributing, and selling infringing goods through online storefronts.

Plaintiff has further shown that Defendants' infringement was willful, including through concealment of identity, use of aliases, and operation of online stores marketing goods that are identical or substantially similar to Plaintiff's registered copyrights. Accordingly, Defendants are liable for willful copyright infringement under 17 U.S.C. § 501.

2

## II.    <u>Damage Awards</u>

This Court finds that Defaulting Defendants are liable for willful copyright infringement. <u>17 U.S.C. § 504(c)</u>. Pursuant to <u>17 U.S.C. § 504(c)</u>, Plaintiff is awarded statutory damages against each of the Defaulting Defendants in the amount of five thousand dollars ($5,000) for willful infringing use of Plaintiff's IP on Infringing Products sold by Defaulting Defendants, as outlined on Schedule B. These awards shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

## III.    <u>Permanent Injunction</u>

**IT IS HEREBY ORDERED** that each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Default Judgment Order shall be permanently restrained and enjoined from:

a. using Plaintiff's IP in any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine product of the Plaintiff or not authorized by Plaintiff to be sold;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine product of the Plaintiff or any other product produced by

3

Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's copyrights, including Plaintiff's IP, or any reproductions, infringing copies, or colorable imitations.

**IT IS FURTHER ORDERED** that online marketplace platforms such as PayPal and Walmart (collectively, the "Third Party Providers"), are permanently enjoined and restrained from engaging in any of the following acts:

a. Providing services to Defaulting Defendants, Defaulting Defendants' financial accounts and Defaulting Defendants' merchant storefronts, including, without limitation, continued operation of Defaulting Defendants' financial accounts and merchant storefronts which are connected in any way in the distribution, marketing, advertising,

offering for sale, or sale of any products which use Plaintiff's copyrights, including Plaintiff's IP; and (b) shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner products which use Plaintiff's copyrights, including Plaintiff's IP.

## IV.    Miscellaneous Relief

A. Upon Plaintiff's request, the Third-Party Provider(s) shall disable and/or cease facilitating access to the Seller IDs, including tombstoning, deleting, and/or suspending identified ASINs, and any other alias seller identification names being used to offer for sale and/or sell Infringing Products;

B. The Plaintiff may serve this injunction on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses which are used by the Defendants in connection with the Defendants' promotion, offering for sale, and/or sale of Infringing Products;

C. Upon the Plaintiff's request, any online marketplace platform, website operator and/or administrator who is in possession, custody, or control of the Defendants' Infringing Products, including but not limited to Amazon.com, Inc. and its affiliates, Walmart, and Temu.com shall permanently cease fulfillment of and sequester those goods, and surrender the same to the Plaintiff;

D. Any failure by Defaulting Defendants to comply with the terms of this Default Judgment Order shall be deemed contempt of Court, subjecting Defaulting Defendants to contempt remedies to be determined by the Court, including fines and seizure of property;

E. Interest from the date of this action was filed shall accrue at the legal rate pursuant to 28 U.S.C § 1961;

F. The full amount of any surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Whitewood Law PLLC. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel;

G. Plaintiff shall serve the Defaulting Defendants with a copy of this Order in accordance with the Alternative Service Order; and,

H. This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Judgment and permanent injunction.

The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 20ᵗʰ day of May, 2026.

**HON. MARK H. COHEN**
**UNITED STATES DISTRICT JUDGE**

## SCHEDULE A

| Doe No. | Defendant Internet Store | Defendant Online Marketplace URL |
|---|---|---|
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 3 | Aliudong | https://www.walmart.com/global/seller/102693857 |
| * | DISMISSED | DISMISSED |
| 5 | aomiaobangonghao cau | https://www.walmart.com/seller/101280662 |
| 6 | aomingkeji | https://www.walmart.com/seller/102509977 |
| 7 | Be BEAuty | https://www.walmart.com/seller/101676359 |
| * | DISMISSED | DISMISSED |
| 9 | BIECM | https://www.walmart.com/seller/101681718 |
| 10 | Biyunhua | https://www.walmart.com/seller/102478003 |
| * | DISMISSED | DISMISSED |
| 12 | Cccanaooolceie | https://www.walmart.com/seller/101683504 |
| 13 | CFJKF | https://www.walmart.com/seller/102478975 |
| 14 | Chailin | https://www.walmart.com/seller/101655023 |
| 15 | chengtaibaozhuang | https://www.walmart.com/seller/102508909 |
| 16 | chenzhiqiangza | https://www.walmart.com/seller/102517196 |
| * | DISMISSED | DISMISSED |
| 18 | Cimaronmall Co.Ltd | https://www.walmart.com/seller/101272964 |
| 19 | Ckgkwkod | https://www.walmart.com/global/seller/102604041 |
| 20 | Cofhtls | https://www.walmart.com/global/seller/101622261 |
| 21 | DerRose | https://www.walmart.com/global/seller/101082111 |
| * | DISMISSED | DISMISSED |
| 23 | Dutchman | https://www.walmart.com/global/seller/101655142 |
| * | DISMISSED | DISMISSED |
| 25 | ERUWIQUIEEQI OWRU | https://www.walmart.com/seller/101645284 |
| * | DISMISSED | DISMISSED |
| 27 | FeiKong | https://www.walmart.com/seller/101640973 |
| 28 | Feokm store | https://www.walmart.com/seller/101695445 |
| 29 | foshanshidifugongs hangmao | https://www.walmart.com/seller/102485003 |
| * | DISMISSED | DISMISSED |

| Doe No. | Defendant Internet Store | Defendant Online Marketplace URL |
|---|---|---|
| 31 | GLNaiStore LLC | https://www.walmart.com/seller/102480858 |
| * | DISMISSED | DISMISSED |
| 33 | Good One Day Co. ltd | https://www.walmart.com/global/seller/101220935 |
| * | DISMISSED | DISMISSED |
| 35 | GuangZhou qianjunzhenkejiyou xiangongsi | https://www.walmart.com/seller/101678028 |
| * | DISMISSED | DISMISSED |
| 37 | guofeng | https://www.walmart.com/seller/101583613 |
| * | DISMISSED | DISMISSED |
| 39 | guyuanshiye | https://www.walmart.com/seller/102581349 |
| 40 | hangzhouyiluxiang beishangmao | https://www.walmart.com/seller/101608830 |
| 41 | HAONAN | https://www.walmart.com/seller/101678334 |
| 42 | Happy-Buy Store | https://www.walmart.com/seller/102479283 |
| 43 | hi110s4gdlg8zgn | https://www.walmart.com/seller/102490186 |
| 44 | HIBRO | https://www.walmart.com/seller/101681708 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | EXCEPTED | EXCEPTED |
| 49 | hongzhidengshi | https://www.walmart.com/seller/102508989 |
| * | DISMISSED | DISMISSED |
| 51 | huangshishiwubi | https://www.walmart.com/seller/101653251 |
| 52 | huanrushangmao | https://www.walmart.com/seller/102581355 |
| 53 | HZWZB | https://www.walmart.com/seller/102501359 |
| 54 | IKDXUF | https://www.walmart.com/seller/101680799 |
| * | DISMISSED | DISMISSED |
| 56 | JIACHY | https://www.walmart.com/seller/102499172 |
| 57 | jinsenhg | https://www.walmart.com/seller/101098246 |
| * | DISMISSED | DISMISSED |
| 59 | jiuchen7378 | https://www.walmart.com/seller/102515098 |
| 60 | JYGcdtg | https://www.walmart.com/seller/101666276 |
| 61 | KattyBabe Co.ltd | https://www.walmart.com/seller/101623333 |
| * | DISMISSED | DISMISSED |

| Doe No. | Defendant Internet Store | Defendant Online Marketplace URL |
|---|---|---|
| 63 | KEWITY | https://www.walmart.com/global/seller/101633473 |
| * | DISMISSED | DISMISSED |
| 65 | KUIYON | https://www.walmart.com/seller/102503268 |
| 66 | Lahoeai | https://www.walmart.com/seller/102613286 |
| 67 | laifuzhubao | https://www.walmart.com/seller/102580546 |
| 68 | LeiKong | https://www.walmart.com/seller/101623045 |
| 69 | LEIPOEED | https://www.walmart.com/seller/101637350 |
| 70 | liboshangmaa | https://www.walmart.com/seller/102503569 |
| 71 | Life enthusiasts | https://www.walmart.com/seller/102487541 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 75 | LingyuKejiyouxian Co.ltd | https://www.walmart.com/global/seller/101290450 |
| 76 | LiuHongXiang | https://www.walmart.com/global/seller/101647014 |
| 77 | liushoutaoshoubao | https://www.walmart.com/seller/102510502 |
| 78 | Ljstore | https://www.walmart.com/seller/101649046 |
| 79 | LJT | https://www.walmart.com/seller/102479526 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 82 | luozheng | https://www.walmart.com/seller/102489116 |
| 83 | LYs store | https://www.walmart.com/seller/102514351 |
| 84 | LzGUNGY | https://www.walmart.com/seller/101661823 |
| 85 | Manruonan Trading Co., Ltd. | https://www.walmart.com/global/seller/101686336 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 88 | Mingling Zheng | https://www.walmart.com/seller/101654851 |
| 89 | MLFoif | https://www.walmart.com/seller/102477812 |
| * | DISMISSED | DISMISSED |
| 91 | Mocelyn | https://www.walmart.com/seller/101456043 |
| 92 | MtsDJSKF | https://www.walmart.com/seller/102481313 |
| * | DISMISSED | DISMISSED |
| 94 | NeveLance | https://www.walmart.com/global/seller/101587174 |
| 95 | NGHnuifg | https://www.walmart.com/seller/101674029 |
| 96 | Oh Hi Girls | https://www.walmart.com/seller/101618085 |

10

| Doe No. | Defendant Internet Store | Defendant Online Marketplace URL |
|---|---|---|
| 97 | OKHGEG87 | https://www.walmart.com/seller/102495608 |
| 98 | oudongfa | https://www.walmart.com/global/seller/102686399 |
| * | DISMISSED | DISMISSED |
| 100 | Partee | https://www.walmart.com/global/seller/101632092 |
| * | DISMISSED | DISMISSED |
| 102 | PENGYD | https://www.walmart.com/seller/101253780 |
| * | DISMISSED | DISMISSED |
| 104 | piartly | https://www.walmart.com/seller/101342109 |
| * | DISMISSED | DISMISSED |
| 106 | PSMMZQ | https://www.walmart.com/seller/101656990 |
| 107 | PXCQZ | https://www.walmart.com/seller/102502325 |
| 108 | Qalabka | https://www.walmart.com/global/seller/101682025 |
| 109 | Qingshenjihe | https://www.walmart.com/seller/101653388 |
| * | DISMISSED | DISMISSED |
| 111 | Renbingjianzhu | https://www.walmart.com/seller/102526246 |
| 112 | Royalmedi | https://www.walmart.com/global/seller/101123657 |
| 113 | ruhuadgb | https://www.walmart.com/seller/101178476 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 116 | Salmenta | https://www.walmart.com/global/seller/101679016 |
| 117 | sanshiguanggao | https://www.walmart.com/global/seller/101653249 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 120 | Sharpstar Co.Ltd | https://www.walmart.com/seller/101267706 |
| 121 | SHENG | https://www.walmart.com/seller/102501996 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | EXCEPTED | EXCEPTED |
| 125 | ShoppingNow Co.ltd | https://www.walmart.com/global/seller/101222732 |
| 126 | shuangxishang | https://www.walmart.com/seller/101655099 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 129 | SJWsp | https://www.walmart.com/seller/102514367 |
| * | DISMISSED | DISMISSED |

11

| Doe No. | Defendant Internet Store | Defendant Online Marketplace URL |
|---|---|---|
| 131 | Superrabbit2 | https://www.walmart.com/global/seller/102488164 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 135 | Theme decorations | https://www.walmart.com/global/seller/102634144 |
| 136 | TJQMDZSW | https://www.walmart.com/seller/102499652 |
| 137 | TKYWggg | https://www.walmart.com/seller/101654715 |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| * | DISMISSED | DISMISSED |
| 141 | TYHanue | https://www.walmart.com/seller/101678050 |
| 142 | Uhansl | https://www.walmart.com/seller/101685292 |
| * | DISMISSED | DISMISSED |
| 144 | Universal Bazaar | https://www.walmart.com/global/seller/102509995 |
| * | DISMISSED | DISMISSED |
| 146 | VIta Home&Decor | https://www.walmart.com/seller/101457738 |
| * | DISMISSED | DISMISSED |
| 148 | WalGRHFR | https://www.walmart.com/seller/101633511 |
| * | DISMISSED | DISMISSED |
| 150 | WHDen | https://www.walmart.com/seller/101696764 |
| 151 | Wojeull | https://www.walmart.com/seller/101198374 |
| 152 | WuCaiZiPingDian ZiKeJi | https://www.walmart.com/seller/102500242 |
| 153 | WULANLA | https://www.walmart.com/seller/101676646 |
| 154 | WYangO | https://www.walmart.com/seller/101696744 |
| * | DISMISSED | DISMISSED |
| 156 | xiamenxinpaifengd ianzishangwuyouxi angongsi | https://www.walmart.com/global/seller/101649196 |
| * | DISMISSED | DISMISSED |
| 158 | XJYLWHCM store | https://www.walmart.com/seller/101654433 |
| * | DISMISSED | DISMISSED |
| 160 | XYBD store | https://www.walmart.com/global/seller/102779562 |
| 161 | XZZjjl | https://www.walmart.com/seller/101666241 |
| * | DISMISSED | DISMISSED |
| 163 | yangjijin | https://www.walmart.com/global/seller/101663223 |

12

| Doe No. | Defendant Internet Store | Defendant Online Marketplace URL |
|---|---|---|
| 164 | Yanhecun | https://www.walmart.com/seller/101662922 |
| * | DISMISSED | DISMISSED |
| 166 | Yataoval | https://www.walmart.com/global/seller/101617132 |
| 167 | yfikf3450 | https://www.walmart.com/seller/102478449 |
| 168 | yingkaishangmao | https://www.walmart.com/seller/102513881 |
| 169 | YKHSG store | https://www.walmart.com/global/seller/101654974 |
| 170 | yonglinyushangmao | https://www.walmart.com/seller/102587075 |
| 171 | Youning Co. ltd | https://www.walmart.com/global/seller/101102496 |
| 172 | yrycsq | https://www.walmart.com/seller/102513692 |
| 173 | yuesongkeji | https://www.walmart.com/seller/102595964 |
| * | DISMISSED | DISMISSED |
| 175 | yuping | https://www.walmart.com/seller/102487542 |
| 176 | yurh | https://www.walmart.com/seller/101681624 |
| 177 | yutuvdcs | https://www.walmart.com/seller/101679048 |
| 178 | Z's Household Co. Ltd | https://www.walmart.com/seller/101229002 |
| 179 | Zacfeain | https://www.walmart.com/global/seller/101653582 |
| * | DISMISSED | DISMISSED |
| 181 | ZEUS | https://www.walmart.com/seller/101043387 |
| 182 | Zhanghjijeq | https://www.walmart.com/seller/101653552 |
| * | DISMISSED | DISMISSED |
| 184 | ZhengHE | https://www.walmart.com/seller/101345648 |
| 185 | zhengjinlong market | https://www.walmart.com/global/seller/102632248 |
| 186 | ZhenQiRun Toy | https://www.walmart.com/seller/102492363 |
| * | DISMISSED | DISMISSED |
| 188 | ZXCouiao | https://www.walmart.com/seller/102494981 |
| 189 | ZZSW | https://www.walmart.com/seller/102514678 |
| * | DISMISSED | DISMISSED |

13

## SCHEDULE B

| Doe No. | Defendant Internet Store | Cause of Action | Statutory Damages Award |
|---|---|---|---|
| 3 | Aliudong | Copyright | $5,000 |
| 5 | aomiaobangonghaocau | Copyright | $5,000 |
| 6 | aomingkeji | Copyright | $5,000 |
| 7 | Be BEAuty | Copyright | $5,000 |
| 9 | BIECM | Copyright | $5,000 |
| 10 | Biyunhua | Copyright | $5,000 |
| 12 | Cccanaooolceie | Copyright | $5,000 |
| 13 | CFJKF | Copyright | $5,000 |
| 14 | Chailin | Copyright | $5,000 |
| 15 | chengtaibaozhuang | Copyright | $5,000 |
| 16 | chenzhiqiangza | Copyright | $5,000 |
| 18 | Cimaronmall Co.Ltd | Copyright | $5,000 |
| 19 | Ckgkwkod | Copyright | $5,000 |
| 20 | Cofhtls | Copyright | $5,000 |
| 21 | DerRose | Copyright | $5,000 |
| 23 | Dutchman | Copyright | $5,000 |
| 25 | ERUWIQUIEEQIOWRU | Copyright | $5,000 |
| 27 | FeiKong | Copyright | $5,000 |
| 28 | Feokm store | Copyright | $5,000 |
| 29 | foshanshidifugongshangmao | Copyright | $5,000 |
| 31 | GLNaiStore LLC | Copyright | $5,000 |
| 33 | Good One Day Co. ltd | Copyright | $5,000 |
| 35 | GuangZhou qianjunzhenkejiyouxiangongsi | Copyright | $5,000 |
| 37 | guofeng | Copyright | $5,000 |
| 39 | guyuanshiye | Copyright | $5,000 |
| 40 | hangzhouyiluxiangbeishangmao | Copyright | $5,000 |
| 41 | HAONAN | Copyright | $5,000 |
| 42 | Happy-Buy Store | Copyright | $5,000 |
| 43 | hi110s4gdlg8zgn | Copyright | $5,000 |
| 44 | HIBRO | Copyright | $5,000 |
| 49 | hongzhidengshi | Copyright | $5,000 |
| 51 | huangshishiwubi | Copyright | $5,000 |
| 52 | huanrushangmao | Copyright | $5,000 |
| 53 | HZWZB | Copyright | $5,000 |

14

| Doe No. | Defendant Internet Store | Cause of Action | Statutory Damages Award |
|---|---|---|---|
| 54 | IKDXUF | Copyright | $5,000 |
| 56 | JIACHY | Copyright | $5,000 |
| 57 | jinsenhg | Copyright | $5,000 |
| 59 | jiuchen7378 | Copyright | $5,000 |
| 60 | JYGcdtg | Copyright | $5,000 |
| 61 | KattyBabe Co.ltd | Copyright | $5,000 |
| 63 | KEWITY | Copyright | $5,000 |
| 65 | KUIYON | Copyright | $5,000 |
| 66 | Lahoeai | Copyright | $5,000 |
| 67 | laifuzhubao | Copyright | $5,000 |
| 68 | LeiKong | Copyright | $5,000 |
| 69 | LEIPOEED | Copyright | $5,000 |
| 70 | liboshangmaa | Copyright | $5,000 |
| 71 | Life enthusiasts | Copyright | $5,000 |
| 75 | LingyuKejiyouxian Co.ltd | Copyright | $5,000 |
| 76 | LiuHongXiang | Copyright | $5,000 |
| 77 | liushoutaoshoubao | Copyright | $5,000 |
| 78 | Ljstore | Copyright | $5,000 |
| 79 | LJT | Copyright | $5,000 |
| 82 | luozheng | Copyright | $5,000 |
| 83 | LYs store | Copyright | $5,000 |
| 84 | LzGUNGY | Copyright | $5,000 |
| 85 | Manruonan Trading Co., Ltd. | Copyright | $5,000 |
| 88 | Mingling Zheng | Copyright | $5,000 |
| 89 | MLFoif | Copyright | $5,000 |
| 91 | Mocelyn | Copyright | $5,000 |
| 92 | MtsDJSKF | Copyright | $5,000 |
| 94 | NeveLance | Copyright | $5,000 |
| 95 | NGHnuifg | Copyright | $5,000 |
| 96 | Oh Hi Girls | Copyright | $5,000 |
| 97 | OKHGEG87 | Copyright | $5,000 |
| 98 | oudongfa | Copyright | $5,000 |
| 100 | Partee | Copyright | $5,000 |
| 102 | PENGYD | Copyright | $5,000 |
| 104 | piartly | Copyright | $5,000 |

15

| Doe No. | Defendant Internet Store | Cause of Action | Statutory Damages Award |
|---|---|---|---|
| 106 | PSMMZQ | Copyright | $5,000 |
| 107 | PXCQZ | Copyright | $5,000 |
| 108 | Qalabka | Copyright | $5,000 |
| 109 | Qingshenjihe | Copyright | $5,000 |
| 111 | Renbingjianzhu | Copyright | $5,000 |
| 112 | Royalmedi | Copyright | $5,000 |
| 113 | ruhuadgb | Copyright | $5,000 |
| 116 | Salmenta | Copyright | $5,000 |
| 117 | sanshiguanggao | Copyright | $5,000 |
| 120 | Sharpstar Co.Ltd | Copyright | $5,000 |
| 121 | SHENG | Copyright | $5,000 |
| 125 | ShoppingNow Co.Itd | Copyright | $5,000 |
| 126 | shuangxishang | Copyright | $5,000 |
| 129 | SJWsp | Copyright | $5,000 |
| 131 | Superrabbit2 | Copyright | $5,000 |
| 135 | Theme decorations | Copyright | $5,000 |
| 136 | TJQMDZSW | Copyright | $5,000 |
| 137 | TKYWggg | Copyright | $5,000 |
| 141 | TYHanue | Copyright | $5,000 |
| 142 | Uhansl | Copyright | $5,000 |
| 144 | Universal Bazaar | Copyright | $5,000 |
| 146 | VIta Home&Decor | Copyright | $5,000 |
| 148 | WalGRHFR | Copyright | $5,000 |
| 150 | WHDen | Copyright | $5,000 |
| 151 | Wojeull | Copyright | $5,000 |
| 152 | WuCaiZiPingDianZiKeJi | Copyright | $5,000 |
| 153 | WULANLA | Copyright | $5,000 |
| 154 | WYangO | Copyright | $5,000 |
| 156 | xiamenxinpaifengdianzishangwuyouxiangongsi | Copyright | $5,000 |
| 158 | XJYLWHCM store | Copyright | $5,000 |
| 160 | XYBD store | Copyright | $5,000 |
| 161 | XZZjjl | Copyright | $5,000 |
| 163 | yangjijin | Copyright | $5,000 |
| 164 | Yanhecun | Copyright | $5,000 |
| 166 | Yataoval | Copyright | $5,000 |

16

| Doe No. | Defendant Internet Store | Cause of Action | Statutory Damages Award |
|---|---|---|---|
| 167 | yfikf3450 | Copyright | $5,000 |
| 168 | yingkaishangmao | Copyright | $5,000 |
| 169 | YKHSG store | Copyright | $5,000 |
| 170 | yonglinyushangmao | Copyright | $5,000 |
| 171 | Youning Co. ltd | Copyright | $5,000 |
| 172 | yrycsq | Copyright | $5,000 |
| 173 | yuesongkeji | Copyright | $5,000 |
| 175 | yuping | Copyright | $5,000 |
| 176 | yurh | Copyright | $5,000 |
| 177 | yutuvdcs | Copyright | $5,000 |
| 178 | Z's Household Co. Ltd | Copyright | $5,000 |
| 179 | Zacfeain | Copyright | $5,000 |
| 181 | ZEUS | Copyright | $5,000 |
| 182 | Zhanghjijeq | Copyright | $5,000 |
| 184 | ZhengHE | Copyright | $5,000 |
| 185 | zhengjinlong market | Copyright | $5,000 |
| 186 | ZhenQiRun Toy | Copyright | $5,000 |
| 188 | ZXCouiao | Copyright | $5,000 |
| 189 | ZZSW | Copyright | $5,000 |

17

## SCHEDULE C

### Plaintiff's Copyrights

| Title of Work | Image | Reg number |
|---|---|---|
| Champagne Bottle | | VA 2-060-573 |
| Disco Ball | | VA 2-198-751 |
| Champagne Glass | | VA 2-059-085 |
| Xo Heart Pattern | | VA 2-070-709 |
| Wedding Dress | | VA 2-059-095 |

18

| Title of Work | Image | Reg number |
|---|---|---|
| Tuxedo | | VA 2-059-097 |
| Handsome Groom | | VA 2-059-084 |
| LOVE Wedding | | VA 2-207-831 |
| Star Cluster Black & Gold | | VA 2-207-833 |
| Triple Layer Cake | | VA 2-059-121 |

19

| Title of Work | Image | Reg number |
|---|---|---|
| Stacked Bday Icons | | VA 2-207-797 |
| Happy Cake Day | | VA 2-403-702 |
| Chalkboard Birthday Arrow | | VA 2-192-001 |
| It's A Girl Foot | | VA 1-206-717 |
| It's A Boy Foot | | VA 1-206-720 |
| Baby Boy Bottle Dots | | VA 2-182-740 |

| Title of Work | Image | Reg number |
|---|---|---|
| Welcome Baby | | VA 2-059-118 |
| Sunshine Sun | | VA 2-118-018 |
| Rainbow with Clouds | | VA 2-117-643 |
| Smiley Snowman | | VA 2-204-649 |
| Joyful Santa | | VA 2-073-100 |
| Snowman | | VA 2-207-689 |

| Title of Work | Image | Reg number |
|---|---|---|
| Nutcracker | | VA 2-207-692 |
| Dump Truck | | VA 2-192-008 |
| Police Car | | VA 2-192-096 |
| Pink Sparkle Ballerina | | VA 2-059-125 |
| Sitting Teddy | | VA 2-349-977 |
| Dancing Skeleton | | VA 2-185-233 |
| Spider | | VA 2-185-234 |

| Title of Work | Image | Reg number |
|---|---|---|
| Iridescent Ghost | | VA 2-176-628 |
| Black Bat | | VA 2-442-060 |
| Pumpkin and Ghost | | VA 2-207-789 |
| Tropical Palm Trees | | VA 2-247-339 |
| Summer Scene Palm | | VA 2-247-342 |
| Palm Tree | | VA 2-207-765 |

| Title of Work | Image | Reg number |
|---|---|---|
| Pineapple | | VA 2-192-097 |
| Magical Unicorn | | VA 2-085-924 |
| Christmas Unicorn | | VA 2-141-520 |
| Standing Magical Love Unicorn | | VA 2-136-938 |
| Rainbow Unicorn | | VA 2-085-770 |
| Happy Bee | | VA 1-206-711 |
| Happy Spring Butterfly | | VA 2-156-842 |

| Title of Work | Image | Reg number |
|---|---|---|
| Babysaurus | | VA 2-247-340 |
| Stegosaurus | | VA 2-392-990 |
| Dinomite T-Rex | | VA 2-317-483 |
| Silly Octopus | | VA 2-403-719 |
| Mr. Froggy | | VA 2-403-726 |
| Zebra Print Patterns | | VA 2-197-444 |

| Title of Work | Image | Reg number |
|---|---|---|
| Tiger Print Pattern | | VA 2-197-452 |
| Flamingo Beach | | VA 2-115-452 |
| Ocean Blue Dolphin | | VA 1-206-712 |
| Jewel Blue Dolphin | | VA 1-206-709 |
| Pink Dolphin | | VA 2-059-112 |
| Ocean Buddies Shark | | VA 2-247-524 |